**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 99-31245

_____


CHEVRON CHEMICAL COMPANY,

Plaintiff-Appellee,


VERSUS


OIL, CHEMICAL AND ATOMIC WORKERS INTERNATIONAL UNION, AFL-CIO,
Local 4-447,

Defendant-Appellant

_____


OIL, CHEMICAL AND ATOMIC WORKERS INTERNATIONAL UNION; ET AL.,


Plaintiffs,

VERSUS


CHEVRON CHEMICAL COMPANY; Etc; ET AL.,


Defendant.

_____

Appeal from the United States District Court
For the Eastern District of Louisiana
98-CV-2372-B

_____

July 17, 2000

Before DAVIS, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed essentially for the reasons stated in the district court's November 4, 1999 Order and Reasons. This case is controlled by <u>International Union of Operating Engineers, Local 351 v. Cooper Natural Resources, Inc.</u>, 163 F.3d 916 (5th Cir. 1989).

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.